**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Raymundo MARTINEZ–VITELA,
Defendant–Appellant.**

**No. 98–50440.**

United States Court of Appeals,
Ninth Circuit.

May 25, 2000.

Before: D. W. NELSON, REINHARDT, and TROTT, Circuit Judges.

### ORDER

Good cause appearing in the supporting documents, the motion filed by the American Immigration Lawyers Association to

recall the mandate is hereby GRANTED. The mandate is recalled.

The opinion filed in this case on October 26, 1999, and appearing at 193 F.3d 1047 (9th Cir.1999) is hereby withdrawn.

This case is ordered resubmitted for decision without further argument or briefing.